UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH THOMAS REINER #459082,   Case No. 2:15-cv-00125

      Plaintiff,   Hon. Robert J. Jonker
v.   Chief U.S. District Judge

JEFFREY WOODS, et al.,

      Defendants.
_____/

## ORDER

Respondent has filed a motion to restrict access to the Michigan Department of Corrections Basic Information Sheet filed as Appendix B of Respondent's Certificate of Compliance, ECF No. 44-2, PageID.2173-2176.  (ECF No. 45.) Respondent asserts that personal information should have been redacted and a new redacted copy of Appendix B is filed at ECF No. 45-1, PageID.2183-2186.

Respondent's motion is GRANTED.

Appendix B, ECF No. 44-2, PageID.2173-2176 shall be sealed.

IT IS SO ORDERED.


Dated:  September 25, 2020      /s/ *Maarten Vermaat*
                                                              MAARTEN VERMAAT
                                                              U.S. MAGISTRATE JUDGE